**Exhibit A to the Complaint**

**Location:** Brooklyn, NY

**Total Works Infringed:** 93

**IP Address:** 98.116.48.35

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: F88C73EDBD5369156CF6618EDE7CCEE2E9362A4A<br>File Hash:<br>7C6FB1FA98748FBF3EB6975B30203629C5F9DB3D0240D67EBB7A2F68EE1814E4 | 01-11-2023 10:29:26 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |
| 2 | Info Hash: 8BA41798E33B659C6AB6BE1F5970479FC27BE064<br>File Hash:<br>918D5BEC584BD604582A22D42C1B6919C6FDE585CD60660FAF08C8A97738DF9C | 01-11-2023 09:35:00 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 3 | Info Hash: 3288E1B15FBABC29A6EFD53A33AED22403A0FED7<br>File Hash:<br>5664136B8F7CBBC79F414F877E5C49BC69B2E19CF2643EC8340106AF1B4D994F | 01-11-2023 09:34:39 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 4 | Info Hash: 7439F6C3D8B4655E9B53F9D31F567932DF4ED637<br>File Hash:<br>8B34A9E14931BBDDCD25E30FBF9B5DE23BD296788138AC9D03C05C1E62091DC4 | 01-11-2023 09:34:34 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 5 | Info Hash: D94A292DE29E15C71099DEB38C0B546E0B5108BA<br>File Hash:<br>78061E0B3C13440F531D99A9E6AA85EA547B0DA3360178A537F2AD623E4A5409 | 01-11-2023 09:33:57 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 6 | Info Hash: 72346C684333B29BA44A3AD510D50601209FC2CE<br>File Hash:<br>E0C847982F6D2E8FEE75BFF7D0A5C8996ADC5833DCD8B863F3F53AA452E0BBB8 | 01-11-2023 09:07:31 | Vixen | 11-25-2022 | 12-11-2022 | PA0002384729 |
| 7 | Info Hash: 43EED9CE8E5D6617A4583D8D2CBFC70C077744CD<br>File Hash:<br>575ABAA65CDDDCEB4338CA4315340EB9779E202370B4B726C38F5AB8924F3233 | 01-11-2023 09:03:24 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 8 | Info Hash: 349A6EC9CB55F19BC4B98BF626C6E86B0C20F761<br>File Hash:<br>7E31F2BA77781F5A5FADCF63157738134F6ED8CA5B7FAF3217BE490646CF1549 | 01-11-2023 08:36:49 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 9 | Info Hash: ECE7258EB3599A33728969D13171F844B0EEFDB3<br>File Hash:<br>BAA9A9A0CF3BDD30B0A91CA8921EB5E38DC987CD56648AFD2BB407355992640E | 01-11-2023 08:04:27 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 10 | Info Hash: 8B78B77793A4284DD8647508DD3EDB99FC4C7A6E<br>File Hash:<br>8381CC3932E3A99B26C1665F380DFFF62D13EA20F85A94C2D0B9ED4AE413B9B4 | 01-11-2023 07:27:32 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 11 | Info Hash: C5918794A3A86750324DB339455F5EDBD2782579<br>File Hash:<br>8826235EC94CBCA6DD1621B3EC7C4F5713EBEB71620194A5558C68F80922C4F2 | 11-06-2022 21:09:19 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 12 | Info Hash: 88DEE49E165E812CD294E8008E656412E3CE4605<br>File Hash:<br>010047D1F2C49A234E525CB4CA67E2A3B80915F8B3108E274CF6C7160FC6339B | 11-06-2022<br>20:14:49 | Blacked Raw | 09-11-2022 | 10-05-2022 | PA0002373951 |
| 13 | Info Hash: C7DBB7401AB0BBD41AE23CE6443DE6A5AD4E47DA<br>File Hash:<br>2FDBFE4079E8F6F7897B1A65D8A7C6A97ACF1CEC928105DF9E83DAFAE121B75A | 11-06-2022<br>20:11:38 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 14 | Info Hash: 3BC22005E2AFC76A838931DCA776BBA6A7235CD8<br>File Hash:<br>52978CFAE6E89E7576A6ACF227919E58FF957546FD0FBEF1FBECBE1294075FED | 11-06-2022<br>19:28:37 | Blacked | 10-08-2022 | 11-01-2022 | PA0002378074 |
| 15 | Info Hash: 81F168AE4D617B492ABE43FD31EB38D8A5B5BCA5<br>File Hash:<br>B51FACD2FC56DAE63E9AC46634D88BB4CEE03E6887A99467095C8C6435C3F91C | 11-06-2022<br>18:27:25 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 16 | Info Hash: C60686B993E19D6EA2BE4EAEF1099D09CA050695<br>File Hash:<br>5F82A986E0E58A79427CD69AC4464B240C51401C3F3ADA1C57CE1272EA84CAC3 | 11-06-2022<br>17:50:06 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 17 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash:<br>5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 11-06-2022<br>17:17:40 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 18 | Info Hash: 02B4F8C61194285E5B9B3AE3EF214BE78C41F271<br>File Hash:<br>CED49D312F703F0E082E164ACB1A596D9ABE26A2F8876E5BD06818F49F119126 | 11-06-2022<br>16:54:19 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 19 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 11-06-2022<br>16:51:34 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 20 | Info Hash: 809B162C22ABD37CD07C346DAA103D0C42B20F6E<br>File Hash:<br>0D4CB5EDAEC9B40F128E11CB047013FC8D3770060726FE0BD6D2723141B74580 | 11-06-2022<br>16:51:22 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 21 | Info Hash: BFAE234339BBE35D844A4EE4133C90406DF7B3E8<br>File Hash:<br>F8D7494A0822F44A156C1B9FE51CF24B35ECC74999B8F94853470ADCE2ED2187 | 11-06-2022<br>16:49:31 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 22 | Info Hash: 258B938C8DB932BA26C6C13091AB699725DE4029<br>File Hash:<br>5021FA9F75FFAE5AE30C79FEAC33A1296CEFCE229F032576EBFCD9407D8DA664 | 11-06-2022<br>16:33:05 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 23 | Info Hash: BE12BC47B9E8402E60F764439965F58677EA2C40<br>File Hash:<br>37B0125CE7B2426E3BFD90B5564EA53F57F42E24B8E3BEEF272DAADA834740EE | 11-06-2022<br>16:24:04 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 15A55EBB3FD06FE9F9067812A0D0168440813B70<br>File Hash:<br>4AAF11148C0E2CDFA98BABEEC2740D453CACED2CE62079EAE8D18A0C5E2E4BD7 | 11-06-2022 15:47:24 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |
| 25 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash:<br>3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 11-06-2022 15:45:19 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 26 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash:<br>72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 11-06-2022 15:26:58 | Vixen | 09-09-2022 | 10-05-2022 | PA0002373766 |
| 27 | Info Hash: C174354B8FC2DF15F9D87535B08D3AF8DCACF608<br>File Hash:<br>A2741516AAC01F46244E3E16DB0E56C9D51736047131EC0C1E92CF317E1EE2D5 | 11-06-2022 15:12:25 | Vixen | 05-13-2022 | 05-20-2022 | PA0002350373 |
| 28 | Info Hash: 848D53796E57ECC9339584B00C85DBECC15B1972<br>File Hash:<br>71BA8001D0DB2EABF4C24A1E059187713B008BB937F30A0217782816A4C04421 | 11-06-2022 15:08:31 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |
| 29 | Info Hash: B664491ECF005F0F196B8A1FBF69B2DF31F03B4A<br>File Hash:<br>16DD10031D63C17B5F0170F4F4FACF6AE53C50E1CA671EF54563CE31CD79D211 | 11-06-2022 15:01:55 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 30 | Info Hash: AAE348D90C4FA39840051273248DBE0EA9D7FE9D<br>File Hash:<br>E562B3825FE50F9CC794DC8E409512EB0E44398E0F90D53EE11B138015C05EA5 | 11-06-2022 14:57:50 | Vixen | 07-01-2022 | 07-22-2022 | PA0002359463 |
| 31 | Info Hash: 43268005821A1C19A5BD98A52E5C5D6C921B0859<br>File Hash:<br>652E3A33EE1203CA13CB60AEE357002DC184DBF0F053878BDB954B300A6504A1 | 11-06-2022 14:11:47 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 32 | Info Hash: 88620B073A78B5264AADA5BCF92E3754C8168416<br>File Hash:<br>00FDD1FDE04C8587F3CC14942E05965765D7812FF108DDF80F33FAF764AB4A57 | 11-06-2022 14:08:14 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 33 | Info Hash: 9E1543FF1003B36A96330F556507E44979C5DA95<br>File Hash:<br>BE9B0C5F0776C0A8009C6FA969C635377B9E276FECD044BB314FFD52B3FE0A34 | 11-06-2022 13:52:09 | Vixen | 01-07-2022 | 01-17-2022 | PA0002330115 |
| 34 | Info Hash: 2FCBD1C3933C171D375EC8699D1FDE9EA1DA6C10<br>File Hash:<br>68210442F19631B56C7724F6E921FFB48D663BD863DECF01943DCB7CB59A8AC2 | 11-06-2022 13:38:16 | Vixen | 12-10-2021 | 03-04-2022 | PA0002345787 |
| 35 | Info Hash: A46EF5D51533052AB5DB18AD5D59C02498112521<br>File Hash:<br>E5D45312A0B249EB3F0741F4B012A08C297C648B314375ED6CC0A752B45BE90B | 11-06-2022 13:27:54 | Vixen | 12-03-2021 | 12-09-2021 | PA0002325832 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 51B8B05E291259D05FAEE870D556CE9E549EB5EB<br>File Hash:<br>FC775F0538AF2905607357E51C54370DEC7C7B8001939C08110CF0D3DC491655 | 11-06-2022<br>12:13:31 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 37 | Info Hash: 89F958D507CD3D674F1E7D1779C02D717C70434C<br>File Hash:<br>B5D31B55B67A613807EBBE4CE720BB877617D202C94A27E457204CD09B918633 | 11-06-2022<br>12:11:07 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 38 | Info Hash: 05438F2CF69D18238BBA727486A2E2701D8C6209<br>File Hash:<br>2410CBC313B4B1900B9EA08395296AB2AC2FC150963C30152F45421D5C4DE38C | 11-06-2022<br>12:10:24 | Vixen | 07-08-2022 | 08-10-2022 | PA0002370903 |
| 39 | Info Hash: 5DD8FE251E55C661D34B4BB7AA78AB5C0175FB82<br>File Hash:<br>08EBD9746DB8A30A4CE5944E6644C6E2C778D36537203B1A1DD97685831963A0 | 11-06-2022<br>12:08:06 | Vixen | 05-07-2021 | 06-24-2021 | PA0002303619 |
| 40 | Info Hash: 1728CB5F8700CB059FF02BBFCEB8884985F57CD7<br>File Hash:<br>3031212457D6D3977B24E542FD2BD9DB5EC49B47F6E305DED4DE803836F8D750 | 11-06-2022<br>12:04:12 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |
| 41 | Info Hash: 4D826F33C739277D8753E4D6C08251BE9CB47000<br>File Hash:<br>9AFCA332C34FDEB5B417864F8F37D3FE82DD31B140B778954FF766C23BADD932 | 11-06-2022<br>11:10:22 | Vixen | 12-31-2021 | 01-17-2022 | PA0002330094 |
| 42 | Info Hash: D3C7547DFCD8ED55266AD1B89E3DB438623BAFF5<br>File Hash:<br>77A1BFABFF7693F1B8DFD978DBE77DC1B649C8700FA90290EAB65328CE80BD32 | 11-06-2022<br>11:07:27 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 43 | Info Hash: 484B79CD3E645BD7A365E97E92F2504FF9FC467A<br>File Hash:<br>FCB15AD0B43E46D890B68CF2D682DB5775314EF9405F8F52FA1E79D87A404ADC | 11-06-2022<br>11:04:08 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 44 | Info Hash: 05926D256929D4E3557BF7DBE26A5DF0140DA580<br>File Hash:<br>12DB0B0E6F2AD6D47AF4BDC53CA5F62CAC99D03FF937B0796B3E6CF21057785D | 11-06-2022<br>10:29:29 | Vixen | 07-16-2021 | 09-21-2021 | PA0002312673 |
| 45 | Info Hash: D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5<br>File Hash:<br>39B5A5580E39240898CA0E2F034DFD8ACCD0C18D98E2EE291BC07B4E336BED5C | 11-06-2022<br>10:19:48 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 46 | Info Hash: BFA30A14B5ACDD49ED2E66FDF882640473CA4472<br>File Hash:<br>1B5D4C656444C4321E6BAE842F0C5DE536A344CFCDC7852CD3130CEFB4AC3682 | 11-06-2022<br>09:37:32 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 47 | Info Hash: B2BD02F85748E9B929C507FF7927035B3DB7D9C3<br>File Hash:<br>F5512656E2B6581C621ECB4540F947AD22C4D7282DEBB316F0E72005F6943ADC | 11-06-2022<br>09:35:00 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: BE759F6A958267C1A4C7E1B93F63ECB0B0EE0A46<br>File Hash:<br>4CA71F7DF19396D03CFAE2047B41EE8B846297AC0CD7DF5EB885A7BA9879C004 | 11-06-2022<br>09:32:57 | Vixen | 05-21-2021 | 06-03-2021 | PA0002299688 |
| 49 | Info Hash: 59273C2580C92D41695C8A1D890F6F4AB3D63299<br>File Hash:<br>C0F97DC824E118F0CA0225BB2C6B6E04DD9B1E2F68E10D364DD9F6F24E2E081F | 11-06-2022<br>09:32:12 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 50 | Info Hash: E6407E0ABEA09EB702CB16B07FE45432F50F7CAF<br>File Hash:<br>093B1FBCE39A73834E53CA771C4F58B0B28B8C0F1A80001E6D37492B1E8F2ABC | 11-06-2022<br>09:05:02 | Vixen | 04-22-2022 | 05-20-2022 | PA0002350377 |
| 51 | Info Hash: BE57461CB8758373E76FA39737B733F0BA62120D<br>File Hash:<br>2CE319A8BD55009F717AAA7E732951216E19F9B764510F5E7F82B0BB2847CA3C | 11-06-2022<br>09:04:18 | Vixen | 08-12-2022 | 08-30-2022 | PA0002367721 |
| 52 | Info Hash: D07FCE81EB4557E725B5E70B5695E3824BD3D395<br>File Hash:<br>077451F1DE9DCB08110698D7517F083F9A8BD1292FC5E209618C634181CACC52 | 11-06-2022<br>09:04:05 | Blacked | 08-20-2022 | 08-29-2022 | PA0002367733 |
| 53 | Info Hash: 3ACD1EECE1081E1CA41E348646481F4D9E28B44E<br>File Hash:<br>478D6B308D7B444EECEAD5198C28C40247F9B84D3ACABEE6DA17B102831E08E7 | 11-06-2022<br>09:04:04 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 54 | Info Hash: 0DCAD5CD34D983D041D5DFFFCBE84AB849B55877<br>File Hash:<br>5CA26B5703389C3C514505A8D2191E29676BA81E777D3F071585FB71B5D6FDDE | 11-06-2022<br>09:00:05 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 55 | Info Hash: 0A403C5393AF81473E00CCCA915603AF1658D067<br>File Hash:<br>8B3DE2365C94F483C7750F01139239B1FE005E0C3D56659AF2A8450DDEBB3AB4 | 11-06-2022<br>08:56:05 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 56 | Info Hash: E9645FE775040144DF8957B3093DE2450DF1CEE1<br>File Hash:<br>8B99A3AC68E8AF718CE04BB3B534AC08098C4581955B4413F4AB61A2BD68673B | 11-06-2022<br>08:17:35 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 57 | Info Hash: A415A6857FC17645C0DD4F459251809AE42AF562<br>File Hash:<br>BCB5233B1D65A9B1514D1C32F7A765BBEFEE0FAB7DA467BC9573F47FE7EC1955 | 11-06-2022<br>08:15:52 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 58 | Info Hash: A6F189AFF3929996CFF5F25DA60AA451873C0FC4<br>File Hash:<br>5ED45691E4613CA077BCDAD75EFDC123C707B406CF072FFEE8EC062927ABCCFE | 11-06-2022<br>08:06:45 | Vixen | 11-26-2021 | 01-07-2022 | PA0002337919 |
| 59 | Info Hash: E487AEAF023F000FA0480422191EA7DFF77E00FB<br>File Hash:<br>AEDD21CC7A3E4701C1F3B23E0A5882C51BC45309D48DD1CD664C8F846FD123BC | 11-06-2022<br>08:05:17 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 69ECE7BD6C605D63E9EBEEFD35082CF1627E2932<br>File Hash:<br>A3628C7AE4DA0E79C6D35487C4FF335DB1B04C0081C7DD4AC946B16F94EBBD1B | 11-06-2022 08:02:48 | Vixen | 03-18-2022 | 04-21-2022 | PA0002353056 |
| 61 | Info Hash: 93D9ED76CE803016E374DBDEF0C29D4700C5BCB7<br>File Hash:<br>3AE5AA3E74C4180855311864016A17C66AD81062C998A3A67FB9984624F06033 | 11-06-2022 08:02:48 | Vixen | 06-10-2022 | 06-27-2022 | PA0002354995 |
| 62 | Info Hash: C20EA351BB316CBF2DC35ADB71846A2E49352ACB<br>File Hash:<br>FD734D04BB084B82492FB2B26BB9EA993DAC49FEC7A01E646428AD8DC060F7B1 | 11-06-2022 07:42:36 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 63 | Info Hash: EA9FF13E03AB98F784270C43F9812FF205C74AD8<br>File Hash:<br>4B815AE2C3BBEFEA6AB1B15442E7FE5D03648BDEEA1A2993D20BF914535C52BE | 11-06-2022 07:34:15 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 64 | Info Hash: D1A20BB943E213244AEB42BC43F34BE72E46F6DB<br>File Hash:<br>DA8F290222976E6C2CED7C5FD6A0ACE756D4D2525F6D7C92A66C8EE2A284CA0E | 11-06-2022 07:31:22 | Vixen | 07-09-2021 | 08-20-2021 | PA0002312016 |
| 65 | Info Hash: 775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash:<br>393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 11-06-2022 07:30:41 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 66 | Info Hash: 117CA95ECA49CAFAEFB42B0B343C6631B6B37BBD<br>File Hash:<br>9746EDC3063F53EBE110CFCB65D94D0E48DE56AC10EDD87A90C772E2648142ED | 11-06-2022 07:28:59 | Vixen | 03-04-2022 | 03-29-2022 | PA0002342709 |
| 67 | Info Hash: 0F058C65F3232B7C21FC46A70D9A282290A70729<br>File Hash:<br>13F283614EA119F14F567A4C85407B6D90A09735B58AE12228BE7A085CB81F34 | 11-06-2022 07:28:42 | Vixen | 02-11-2022 | 02-14-2022 | PA0002335457 |
| 68 | Info Hash: 995EDCB1EB9346A9201A7D7D983C451A99226581<br>File Hash:<br>33E2DEF2AAC1F6DFE6DD74894160F8807285A81BB574338E1A11CB5705EF4C47 | 11-06-2022 07:28:42 | Blacked Raw | 09-06-2022 | 10-05-2022 | PA0002373770 |
| 69 | Info Hash: D70D2C95E1758D6D0838C13142400443F66F0E51<br>File Hash:<br>8D9CBF0567FDCBF4C4762C68C84376A08B27A8D2CB71B3F37D798FBCA86B7570 | 11-06-2022 06:38:23 | Blacked | 09-10-2022 | 10-05-2022 | PA0002373949 |
| 70 | Info Hash: F3FFE03067B4C5FB4B05054E83FBB4081C9052F9<br>File Hash:<br>FDDC943D33FE63B194E3B54CDB0426E2F2195DDCAC3A67F3941C7BFBB03CDAE4 | 11-06-2022 06:29:11 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 71 | Info Hash: EE164157CC85B1C5589DEDCB523C91D750A75399<br>File Hash:<br>3C436FD215694282EC63C7412A3D4801978123631FBB513B382C2AB897FD099A | 11-06-2022 06:29:00 | Vixen | 11-19-2021 | 12-09-2021 | PA0002325815 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 72 | Info Hash: 216F45A59927B41DC23BEAF802AF3AC7E990BFF6<br>File Hash:<br>0225B45018AC75C00DD17C4293E6D0E5FC7E2566523D7538FFBAD0EFE1E4CC62 | 11-06-2022 06:26:40 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 73 | Info Hash: B5AA5C3AB921F95936B7D911457ED412E86496CC<br>File Hash:<br>622428573E787EC0A79B734175F79713DFADA96C407F7EC2D81CBEA1D8D2AE54 | 11-06-2022 06:25:20 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 74 | Info Hash: BB349C1293CF3112B08434A0CD6DB65533E540AE<br>File Hash:<br>A0B82E6D979B02C53F6EF85500D6622928A69DB240883DC1978E9B1601CF5FAB | 11-06-2022 06:19:57 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |
| 75 | Info Hash: D323B4EC16C8CD83752B6A5E4B65DEED95346FA2<br>File Hash:<br>32BB57E161FF42FDD49E28DBBB43994CDD455364EEA844B2396E47DDB7E46DA2 | 11-06-2022 06:14:18 | Vixen | 05-06-2022 | 05-20-2022 | PA0002350383 |
| 76 | Info Hash: 7A5E3408AF26D787EE0E1F03A2F77436F75950D7<br>File Hash:<br>0545C33026AFC826D0331FB6ABB4723673C0F9D76258F7C5F291D1B1D889A325 | 11-06-2022 06:13:41 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 77 | Info Hash: D156C5F6B8F3AF78BE99FC1DD0FBF7177BBCED5C<br>File Hash:<br>59510D6F123F21429DA99C2323BF6EC72A9E3C364259F9D987AE22848F5FC312 | 11-06-2022 06:13:21 | Vixen | 10-22-2021 | 11-11-2021 | PA0002321272 |
| 78 | Info Hash: FD5C62D3613EF573E62CD6548E3BDFA287B049F1<br>File Hash:<br>D69EA86DE6D070D289158FCFAC79742948FA880377BB95F432466115FA63BC67 | 11-06-2022 06:12:00 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 79 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash:<br>54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-06-2022 06:01:32 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 80 | Info Hash: 76F95670FA20DDC51B0DA2B370811C85A77261AF<br>File Hash:<br>F07BEB037C33C3900A5286CAE8445B4E99443F63E28A3B1FE01CCA53F259A240 | 11-06-2022 06:01:26 | Vixen | 09-24-2021 | 11-11-2021 | PA0002321289 |
| 81 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash:<br>A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 11-06-2022 06:00:29 | Vixen | 12-24-2021 | 01-17-2022 | PA0002330122 |
| 82 | Info Hash: AC3D3B8282563DDBACFEEB9915DA0ACA37FEC2DD<br>File Hash:<br>CE1C7E0C34CCE673204AB3CE70296C4466B044EFBE38AE0A048211F0E959DCA2 | 11-06-2022 05:59:45 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 83 | Info Hash: 510C2BAB64EA5525520E00137D9908D94024D1AB<br>File Hash:<br>1C51B794FEAF50F037AB80706445580AD627E13343301FD34EDCC500BF4AB121 | 11-06-2022 05:58:52 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 3DB6B513A919E0644D5F481513629394A7531A79<br>File Hash:<br>74F92B87D6C2F0B787AD1CCB8FF4D8F3E3447A1BA1457038E3A99C299BCBE8D5 | 11-06-2022<br>05:54:55 | Vixen | 07-30-2021 | 08-20-2021 | PA0002312017 |
| 85 | Info Hash: 6EF0A990E2D6BED03ACBC94E6B32574AECDD887E<br>File Hash:<br>11FE592AC86B40021DC11C07FF2DE45F5B9C4DBD2F4EEEBCE1318DEC8054A07E | 11-06-2022<br>05:54:09 | Vixen | 10-08-2021 | 11-11-2021 | PA0002321269 |
| 86 | Info Hash: 727178DEDE59549B0F3D19A6AE9F515971FBF3AC<br>File Hash:<br>9FDA321883F29EEEC3762C56924CB22E57A8F3DAD2A6A2539740A75970060C20 | 11-06-2022<br>05:53:55 | Vixen | 01-08-2021 | 02-02-2021 | PA0002280513 |
| 87 | Info Hash: 095F042567422449F7D8DF1F42C86AADF4849881<br>File Hash:<br>73A09E29C382A49CE03E47A0CDB3930655BE50786D249AB83FC020E2A09CB509 | 11-06-2022<br>05:53:50 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 88 | Info Hash: 34F0DA2F0CCF929271FCC00697F4B9070B8C4254<br>File Hash:<br>14077D361F4604AA9DBBE92C06966CEF5BB7DC4073ECF07D76458645073A9F67 | 11-06-2022<br>05:53:12 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 89 | Info Hash: E845CE6EA6CA1AD41A7DA16BA94A93140CEB8D4B<br>File Hash:<br>39531E8B899812CD79908CF4CE5904927148B0D3AC04197D9D3192D837CB64F2 | 11-06-2022<br>05:12:05 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |
| 90 | Info Hash: 24CBC0961F66D0254842302FDBC0E033E4ACE4C1<br>File Hash:<br>BCD842C4D932CD371B7965C899B4CE0B4E103F02DA5362F1C6A546A892B7CDFF | 11-06-2022<br>05:08:38 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 91 | Info Hash: 30E07E2124EB9681F8D0DABF9E2121927302FD72<br>File Hash:<br>96A7A9222CD845946BB1F902ABD4BB1A3ACF0AB353C3A5AAA0C1C1F1C046C9CC | 11-06-2022<br>05:04:07 | Vixen | 10-29-2021 | 11-11-2021 | PA0002321280 |
| 92 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash:<br>8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 11-06-2022<br>05:02:35 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 93 | Info Hash: 7DC314B0DD6AE33E792CDD84E3127110CB6ABB15<br>File Hash:<br>143A618195C5205D31D7394510EF00D3D6F9159C6BBD3C485E0EE586B12F4D27 | 11-06-2022<br>05:02:21 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |